**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6172**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARK GREGORY YOUNG,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (1:97-cr-00288-CCB-l)

_____

Submitted: February 26, 2009          Decided: March 3, 2009

_____

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mark Gregory Young, Appellant Pro Se. Bonnie S. Greenberg, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Gregory Young appeals the district court's order denying his petition for adjustment of supervised release. Because Young was unconditionally released on August 26, 2008, with no term of supervised release, we dismiss the appeal as moot. We have reviewed the record and find no reversible error. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED